**FILED**

JUL 15 2014

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

14CR1703JM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES J. WARNER,<br><br>Defendant. | Case No. ▉▉▉▉▉▉▉▉<br><br>I N F O R M A T I O N<br><br>Title 18, U.S.C., Secs.<br>1956(a)(1)(B)(i) and 1956 (h) –<br>Conspiracy to Launder Monetary<br>Instruments; Title 18, U.S.C., Sec.<br>1512(d)(1); Title 18, U.S.C., Sec.<br>982 - Criminal Forfeiture |

The United States charges:

### Count 1

(Conspiracy To Launder Monetary Instruments)

Beginning in May 22, 2012, and continuing up to and including March 18, 2013, within the Southern District of California, defendant JAMES J. WARNER, did knowingly and intentionally conspire with T.K., to conduct financial transactions affecting interstate commerce, that is, effecting transfers and depositing substantial amounts of U.S. currency, which involve the proceeds of specified unlawful activity, that is, the felonious distribution of a controlled substance, namely marijuana, punishable under the laws of the United States, knowing that these transactions were designed in whole or in part, to conceal and disguise the nature, the location, the source, the ownership, and control of the proceed of the specified unlawful activity; and knowing that the property involved in the financial transactions

1   represented the proceeds of some form of unlawful activity; in
2   violation of Title 18, United States Code, Sections 1956(a)(1)(B)(i)
3   and (h).

### Count 2

#### (Attempted Harassment of Witness)

6        Beginning in March 21, 2013, and continuing up to and
7   including June 2013, within the Southern District of California,
8   defendant JAMES J. WARNER, did attempt to intentionally harass
9   another person, thereby hindering, delaying, preventing, and
10  dissuading that person from attending or testifying in an official
11  proceeding; in violation of Title 18, United States Code, Section
12  1512(d)(1).

### Criminal Forfeiture Allegations

14       1.   The allegations set forth in Count 1 is realleged and
15  incorporated herein for purposes of providing notice to the Defendant
16  of the intent of the United States to seek criminal forfeiture for
17  the violations, pursuant to Title 18, United States Code, Section
18  982.

19       2.   Upon conviction of Count 1, Defendant JAMES J. WARNER
20  shall forfeit to the United States all property, real and personal,
21  constituting or derived from, any proceeds the defendant obtained,
22  directly or indirectly, as a result of the offense in Count 1 of the
23  Information, specifically:  $100,000 in U.S. currency.

24       3.   If any of the property described above, as a result of any
25  act or omission of defendant JAMES J. WARNER, cannot be located upon
26  the exercise of due diligence; has been transferred or sold to, or
27  deposited with, a third party; has been placed beyond the
28  jurisdiction of the court; has been substantially diminished in

1  value; or has been commingled with other property which cannot be
2  divided without difficulty, the United States shall be entitled to
3  forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as
4  incorporated by 18 U.S.C. §§ 982(b); all pursuant to 18 U.S.C. §
5  982(a) and 982(b).

6       DATED:   *July 15, 2014*
       ~~June~~    ~~2013.~~

7

8                                    ANDRE BIROTTE JR.
                                     United States Attorney

9

10                               BY: _____
                                     SHERRI WALKER HOBSON
11                                   Assistant U.S. Attorney

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                  3